UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTINE REGAN,

       Plaintiff,

      v.                                           Civil Action No.: 1:08-cv-00039-RJA

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME now all parties in the above titled action and represent to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and thus, the parties agree and stipulate that this matter be and hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/Amanda Jordan, Esq. | /s/Kenneth C. Grace, Esq. |
| Amanda Jordan, Esq. | Kenneth C. Grace, Esq. |
| Law Offices of Kenneth Hiller | Sessions Fishman Nathan & Israel LLP |
| 6000 North Bailey Ave.; Ste. 1A | 9009 Corporate Lake Dr.; Ste. 300-S |
| Amherst, NY14226 | Tampa, FL 33634 |
| 716.564.3288 (ph) | 813.890.2460 (ph) |
| 716.564.3291 (fax) | 813.889.9757 (fax) |
| ajordan@kennethhiller.com | kgrace@sessions-law.biz |
| *Counsel for Plaintiff* | *Counsel for NCO Financial Systems, Inc.* |